UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATIE REIDL,<br><br>     Plaintiff,<br><br> v.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy,<br><br>     Defendant. | NO. 3:20-CV-6160-BJR<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

  Plaintiff filed this case on November 29, 2020. On December 21, 2020, the Court issued an order that required the parties to file a Combined Joint Status Report and Discovery Plan as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) (hereinafter "Joint Status Report") by February 1, 2021. The parties failed to comply with this order.

  The Court then issued a minute order on February 9, 2021, that noted the parties' failure to comply with the order. The Court extended the time to file the Joint Status Report to March 15, 2021. The minute order indicated that "If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice." The parties again have failed to comply with this extended deadline.

  Therefore, the Court ORDERS the parties to show cause why this action should not be dismissed without prejudice for failure to comply with the Court's orders directing the parties to

ORDER - 1

file a Joint Status Report.  The parties' response is due by April 14, 2021.  The parties may satisfy the Order to Show Cause by filing the Joint Status Report by that date.

Dated this 31st day of March, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2