Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATIE REIDL,<br><br>                Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>                Defendant. | NO. C20-6160-BJR<br><br>STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES |

    COME NOW the parties, and respectfully agree and request that the Court extend certain pretrial deadlines. The parties hereby request that the following pretrial deadlines set forth in the Court's Order (Dkt. No. 10) be extended as follows: discovery completed by March 7, 2022 for the sole purpose of deposing Plaintiff (current date February 23, 2022) and dispositive motions filed by April 1, 2022 (current date March 25, 2022).

    As good grounds in support of the parties' stipulation, the parties state that despite best efforts, a brief extension is needed to complete the schedule of depositions, with the plaintiff's deposition being the remaining deposition to be conducted. Further, a one-week

STIPULATION AND ORDER EXTENDING  CERTAIN PRETRIAL
DEADLINES
C20-6160 BJR -1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  extension of the dispositive motion deadline gives the parties additional time to complete and

2  file any such motions in light of the requested extension of the discovery deadline.  The

3  parties do not request an extension of the trial date.

4  

5  DATED this 15th day of February, 2022.

6  Respectfully submitted,

7  

| | |
|---|---|
| By:<br>*s/ Chalmers C. Johnson*<br>CHALMERS C. JOHNSON, WSBA # 40180<br>Longshot Law, Inc.<br>PO Box 1575<br>Port Orchard, WA 98366<br>Ph (425) 999-0900<br>Fax (360) 382-2731<br>chalmersjohnson@gmail.com<br><br>*Attorney for Plaintiff* | By:<br>NICHOLAS W. BROWN<br>United States Attorney<br><br>*s/ Patricia D. Gugin*<br>PATRICIA D. GUGIN, WSBA #43458<br>Assistant United States Attorney<br>United States Attorney=s Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  253-428-3800<br>Fax:     253-428-3826<br>E-mail:  pat.gugin@usdoj.gov<br><br>*Attorney for Defendant* |

24  STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES
C20-6160 BJR -2

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that good cause is shown for the requested extensions, accordingly, the deadline for discovery is extended from February 23, 2022, to March 7, 2022; and the deadline for dispositive motions is extended from March 25, 2022, to April 1, 2022.

DATED this 16th day of February, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*s/Chalmers C. Johnson*
CHALMERS C. JOHNSON, WSBA # 40180
Longshot Law, Inc.
PO Box 1575
Port Orchard, WA 98366
Ph (425) 999-0900
Fax (360) 382-2731
chalmersjohnson@gmail.com

*Attorney for Plaintiff*

STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES
C20-6160 BJR -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

NICHOLAS W. BROWN
United States Attorney

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney=s Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax:    253-428-3836
E-mail: pat.gugin@usdoj.gov

*Attorney for Defendant*

STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL DEADLINES
C20-6160 BJR -4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800